IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARK A. BUTLER**                                                                                                    **PLAINTIFF**

**V.**                                      **CASE NO.  3:10CV00172 JMM**

**JOHN SMITH, ET AL.**                                                                                            **DEFENDANTS**

**ORDER**

On September 10, 2010, the Magistrate Judge recommended that plaintiff's complaint be dismissed for failure to file as directed an amended complaint.

On September 22, 2010, plaintiff was again directed by this Court to file on, or before, October 4, 2010, an amended complaint explaining only one of his constitutional claims, identifying each defendant, explaining exactly what each defendant did that violated his rights, and explaining exactly how each defendant injured plaintiff.  Plaintiff filed a response which the Court construed as a Motion for Extension of Time.  Plaintiff was granted an extension of time in which to file his complaint.

Plaintiff has now timely filed his amended complaint.  Based upon plaintiff's compliance, the recommendation for dismissal which was filed before plaintiff's compliance is now moot and, as such, is not adopted by the Court.  The case is referred back to the Magistrate Judge for appropriate action.

IT IS SO ORDERED THIS   15   day of   October , 2010.

_____
James M. Moody
United States District Judge