**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MARK A. BUTLER**                                                        **PLAINTIFF**

**V.**                            **NO. 3:10CV00172-JMM-BD**

**JOHN SMITH, et al.**                                                **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this   10   day of   November  , 2010.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE