# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARK A. BUTLER**                                                                **PLAINTIFF**

**V.**                 **NO. 3:10CV00172-JMM-BD**

**JOHN SMITH, et al.**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this  10  day of  November , 2010.

_____
UNITED STATES DISTRICT JUDGE